Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

## Northern District of Texas
## Fort Worth Division

| In re: | |
|---|---|
| Sanders Christopher Walker, Jr. | Case No. 25-44862-elm7 |
| | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 7 Bankruptcy Case* (Dkt.6) was served on March 4, 2026, via First-Class Mail to LVNV Funding LLC/Resurgent Capital Services at the following address:

LVNV Funding LLC/Resurgent Capital Services
PO Box 1269
Greenville, SC 29602

    Respectfully submitted,

    Norred Law, PLLC
    By: /s/ Clayton L. Everett
    Clayton L. Everett
    Texas State Bar No. 24065212
    clayton@norredlaw.com
    515 E. Border Street
    Arlington, Texas 76010
    Telephone: (817)704-3984
    Counsel for Debtor