**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sanders Christopher Walker Jr | Social Security number or ITIN   xxx–xx–9925 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Texas

Case number:   25–44862–elm7

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sanders Christopher Walker Jr
aka Sanders Christopher Walker, dba North
Texas Appliance Repair

3/18/26

**By the court:**   Edward L. Morris
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318     **Order of Discharge**     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

Northern District of Texas

In re:
Sanders Christopher Walker, Jr
    Debtor

Case No. 25-44862-elm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4            User: admin            Page 1 of 3

Date Rcvd: Mar 19, 2026        Form ID: 318          Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sanders Christopher Walker, Jr, PO Box 721, Euless, TX 76039-0721 |
| 23092523 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23092524 | + | Bridger Insurance Services, PO Box 9, Pleasanton, CA 94566-0814 |
| 23092528 | + | Community First Bank, 1101 E Admiral Doyle Dr, New Iberia, LA 70560-6300 |
| 23092532 | + | Cz's Appliance Repair Training Center, LLC (Never, 2104 Willow Point Dr. Apt 1001, Arlington, TX 76010-8620 |
| 23092537 | + | Landers Lane Townhomes, 2376 Ridge Run Rd, Arlington, TX 76014-3864 |
| 23092545 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23092548 | + | South Collins RV Storage, 4500 S Collins St., Arlington, TX 76018-1113 |
| 23092552 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23092555 | + | Timothy T. Mitchell, 4422 Ridgeside Dr., Dallas, TX 75244-7521 |
| 23092557 | + | U-Haul Moving and Storage, 2455 West Tarrant Rd., Grand Prairie, TX 75050-2947 |
| 23092558 | + | Vendor Resource Management, 4100 International Parkway, Carrollton, TX 75007-1900 |
| 23092559 | + | Woodland Partners, LTD, 124 Grove St. Suite 100, Franklin, MA 02038-3156 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23092520 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 19 2026 22:15:00 | Absolute Resolutions, Attn: Bankruptcy 8000 Norman Center Dr #, Bloomington, MN 55437 |
| 23092521 | + | Email/PDF: bncnotices@becket-lee.com | Mar 19 2026 22:22:51 | AMEX, PO Box 650448, Dallas, TX 75265-0448 |
| 23133214 | | EDI: ATLASACQU | Mar 20 2026 02:07:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 23092522 | ^ | MEBN | Mar 19 2026 22:14:00 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23092525 | + | EDI: CAPITALONE.COM | Mar 20 2026 02:07:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23092526 | + | EDI: JPMORGANCHASE | Mar 20 2026 02:07:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 23092527 | + | EDI: CITICORP | Mar 20 2026 02:07:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 23092529 | ^ | MEBN | Mar 19 2026 22:16:12 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 23092530 | + | Email/Text: Bankruptcynotice@cscglobal.com | Mar 19 2026 22:16:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 23092531 | + | EDI: CCS.COM | Mar 20 2026 02:07:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |

District/off: 0539-4 User: admin Page 2 of 3

Date Rcvd: Mar 19, 2026 Form ID: 318 Total Noticed: 40

| 23092533 | | Email/Text: BNSFN@capitalsvcs.com | Mar 19 2026 22:15:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 23092534 | + | Email/Text: EBNBKNOT@ford.com | Mar 19 2026 22:16:00 | Ford Motor Credit, PO Box 650574, Dallas, TX 75265-0574 |
| 23092536 | + | EDI: IRS.COM | Mar 20 2026 02:07:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23092538 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 19 2026 22:16:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23092539 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 19 2026 22:16:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23092541 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 22:22:33 | LVNV Funding LLC/Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 23092542 | + | EDI: NFCU.COM | Mar 20 2026 02:07:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 23092543 | + | Email/Text: emccain@pbfcm.com | Mar 19 2026 22:16:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23092544 | + | Email/Text: ngisupport@radiusgs.com | Mar 19 2026 22:16:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 23092547 | | Email/Text: bankruptcy@sequium.com | Mar 19 2026 22:15:00 | Sequium Asset Solutions, LLC, 2700 Cumberland Parkway Suite 200, Atlanta, GA 30339 |
| 23092549 | | Email/Text: requestinfo@southernmanagementsystems.net | Mar 19 2026 22:16:00 | Southern Management Systems, Attn: Bankruptcy Department, PO Box 149966, Orlando, FL 32814 |
| 23092546 | + | Email/Text: cs@securitycreditservicesllc.com | Mar 19 2026 22:16:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 23092550 | | Email/Text: pacer@cpa.state.tx.us | Mar 19 2026 22:16:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23092551 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Mar 19 2026 22:15:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23092553 | + | Email/Text: bcd@oag.texas.gov | Mar 19 2026 22:16:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23092554 | + | Email/Text: collections.pacer@twc.texas.gov | Mar 19 2026 22:16:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23092556 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 19 2026 22:16:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23092540 | | LLC Cas Appliance Repair |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 23092535 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0539-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: 318 | Total Noticed: 40 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Sanders Christopher Walker  Jr clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Roddrick Newhouse | rn7trustee@gmail.com  rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3